UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOVEREIGN BANK,<br><br>                Plaintiff,<br><br>  v.<br><br>TERWIN ADVISORS LLC,<br><br>                Defendant. | Civil Action No. 08-0402 (LFS)<br><br>(Filed Electronically) |

**DEFENDANT TERWIN ADVISORS LLC'S CORPORATE**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

Defendant Terwin Advisors LLC's ("Terwin"), by and through its undersigned attorneys, and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby states that Terwin is a wholly-owned subsidiary of Terwin Holdings LLC, which is owned by Terwin Employees LLC, and Lexia Yugen Sekinin Jigyo Kumiai.

                                      Respectfully submitted,

                                      COZEN O'CONNOR

                                        s/ John C. Barnoski
                                    William J. Taylor
                                    wtaylor@cozen.com
                                    John C. Barnoski
                                    jbarnoski@cozen.com
                                    1900 Market Street
                                    Philadelphia, PA  19103
                                    (215) 665-2000
                                    Attorneys for Defendant Terwin Advisors LLC

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

I, John C. Barnoski, do hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement of Defendant Terwin Advisors LLC was served via ECF Notice only, on the following:

>Charles J. Bloom, Esquire
>Neil C. Schur, Esquire
>Stevens & Lee, P.C.
>1818 Market Street, 29th floor
>Philadelphia, PA  19103
>  Counsel for Plaintiff


>s/ John C. Barnoski
>John C. Barnoski

Dated: March 17, 2008